Matter of Mark M. v State of New York (2023 NY Slip Op 06699)

Matter of Mark M. v State of New York

2023 NY Slip Op 06699

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND DELCONTE, JJ.

1025.1 CA 23-00927

[*1]IN THE MATTER OF MARK M., PETITIONER,
v
STATE OF NEW YORK, RESPONDENT-RESPONDENT. MENTAL HYGIENE LEGAL SERVICE, NONPARTY-APPELLANT. 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, ROCHESTER (PATRICK T. CHAMBERLAIN OF COUNSEL), FOR NONPARTY-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENT-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (Deborah H. Karalunas, J.), entered May 4, 2023. The order, inter alia, denied the motion of Mental Hygiene Legal Service to be relieved as counsel for petitioner. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 6, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court